O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BALL, | ) NO. EDCV 12-01272-MAN |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: February 4, 2014

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action.  (See Fed. R. Civ. P. 25(d).)